

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  08/02/2021

ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

July 30, 2021

ERIN MURRAY
ASSOCIATE ATTORNEY
EMURRAY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2406

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square Room 1306
New York, NY 10007



RE:   *A.G. individually and on behalf of A.G.C.., v. N.Y.C. Dep't of Educ.*,
       1:21-cv-02702-ALC

Dear Judge Carter,

I am the attorney for the Plaintiffs in the above-referenced action, wherein Plaintiff seeks attorneys' fees incurred in the administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., as well as the instant federal action.

I write the Court jointly with Defendant to inform the Court that the parties are actively engaged in settlement negotiations and are hopeful to resolve this matter without further judicial intervention. As such, the parties respectfully request an adjournment *sine die* of the Initial Pretrial Conference currently scheduled for August 4, 2021, at 12:00pm (Dkt. 13) to allow the parties additional time to resolve this matter through settlement negotiations. The Plaintiffs have provided Defendant with copies of all billing invoices necessary to resolve the fee claim and there will be no discovery in this matter. This is the first request for an adjournment of the Initial Pretrial Conference. If the parties reach a point in settlement negotiations that the parties believe a settlement conference would aid and advance settlement, the parties will write the Court to request a settlement conference before the Magistrate Judge. In the event that settlement negotiations are unsuccessful, the parties will write the Court to request a pre-motion conference to proceed to dispositive motion practice.

**The initial pretrial conference currently scheduled for August 4, 2021 is hereby ADJOURNED *sine die*. The parties are hereby ORDERED to file a joint status report by no later than September 7, 2021.**

Respectfully submitted,

s/ Erin E. Murray_____

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: August 2, 2021

cc:   Howard S. Krebs (via ECF)
      Attorney for the Defendant

5693 SOUTH STREET ROAD, AUBURN, NEW YORK 13021 • FAX: (888)282-7785