UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.G. *individually and on behalf of A.G.C. a child with a disability*,

      **Plaintiffs,**

  -against-

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

      **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/6/2021

**21-cv-2702 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

 It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated: December 6, 2021
    New York, New York

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**United States District Judge**